AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C. | U.S. Court of Federal Claims | 08/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | DLA Piper Law Firm Retirement Plan. | $7,588.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 2. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 3. Potomac Cliffs at Watson House RE P-ship (See Part VIII) | | None | K | R | | | | | |
| 4. TCW/JRW Hartford Life Second-to-Die Life Insurance Policy | | None | N | T | | | | | |
| 5. JRW Commonwealth Annuity Whole Life Policy | | None | K | T | | | | | |
| 6. Broker Account #1 -- JRW Rev. Trust | | | | | | | | | |
| 7. - Daimler AG Common Stock | A | Dividend | K | T | | | | | |
| 8. - Altria Group Common Stock | A | Dividend | K | T | | | | | |
| 9. - Davis New York Venture A | A | Dividend | K | T | Buy (add'l) | 07/05/16 | J | | |
| 10. - Davis New York Venture A | A | Dividend | K | T | Buy (add'l) | 12/14/16 | J | | |
| 11. Broker Account #2 -- JRW IRA | | | | | | | | | |
| 12. - Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 13. - Legg Mason Clearbridge Value Fund | A | Dividend | K | T | Buy (add'l) | 12/09/16 | J | | |
| 14. Broker Account #3 -- TCW IRA Rollover | | | | | | | | | |
| 15. - Covidien PLC Common Stock | A | Dividend | L | T | | | | | |
| 16. - Tyco Electronics Common Stock | A | Dividend | J | T | | | | | |
| 17. - Altria Group Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Apollo Investment Common Stock | B | Dividend | J | T | | | | | |
| 19. -American Express Common Stock | B | Dividend | L | T | Buy (add'l) | 10/21/16 | K | | |
| 20. - Apple Common Stock | A | Dividend | K | T | | | | | |
| 21. - Bank of America Common Stock | A | Dividend | K | T | Buy | 02/23/16 | K | | |
| 22. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 23. | | | | | Buy (add'l) | 11/25/16 | J | | |
| 24. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | | | | | |
| 25. - Cisco Systems Common Stock | B | Dividend | L | T | Sold (part) | 02/22/16 | J | A | |
| 26. - Comcast Common Stock | C | Dividend | M | T | | | | | |
| 27. - Constellation Brands Common Stock | | None | K | T | | | | | |
| 28. - Deutsch X-Trackers MSCI Europe Fund | B | Dividend | K | T | | | | | |
| 29. - Walt Disney Common Stock | B | Dividend | L | T | Buy (add'l) | 01/14/16 | J | | |
| 30. - Emerson Electric Common Stock | B | Dividend | K | T | | | | | |
| 31. - Financial Sel Sect SPDR Fund | A | Dividend | K | T | Buy | 12/19/16 | K | | |
| 32. - First Tr MLP&ENRG Fund | C | Dividend | K | T | | | | | |
| 33. - General Electric Common Stock | B | Dividend | K | T | | | | | |
| 34. - Alphabet, Inc. Common Stock (formerly Google) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Halliburton Common Stock | A | Dividend | L | T | Buy (add'l) | 10/26/16 | K | | |
| 36. | | | | | Buy (add'l) | 10/13/16 | J | | |
| 37. - HP Inc. Common Stock (formerly Hewlett Packard) | B | Dividend | | | Sold | 05/25/16 | K | D | |
| 38. - HP Inc. Common Stock | B | Dividend | K | T | Buy | 05/25/16 | K | | |
| 39. - Home Depot Common Stock | C | Dividend | M | T | | | | | |
| 40. - Hospitality Properties Trust Common Stock | C | Dividend | L | T | Buy (add'l) | 08/25/16 | J | | |
| 41. - J.P. Morgan Chase Common Stock | B | Dividend | M | T | Buy (add'l) | 05/10/16 | J | | |
| 42. - Kroger Common Stock | A | Dividend | K | T | | | | | |
| 43. - Marriott Int'l Common Stock | A | Dividend | L | T | | | | | |
| 44. - Microsoft Common Stock | B | Dividend | L | T | Sold (part) | 12/19/16 | K | D | |
| 45. - Pepsico Common Stock | C | Dividend | M | T | | | | | |
| 46. - Philip Morris Int'l Common Stock | B | Dividend | K | T | | | | | |
| 47. - Sandridge Miss. Trust | D | Dividend | J | T | | | | | |
| 48. - Southwest Airlines Common Stock | A | Dividend | L | T | | | | | |
| 49. - 3M Common Stock | C | Dividend | M | T | | | | | |
| 50. - United Parcel Service Common Stock | B | Dividend | L | T | | | | | |
| 51. - United States Steel Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Verizon Common Stock | C | Dividend | L | T | | | | | |
| 53.  - Walmart Common Stock | B | Dividend | L | T | Buy (add'l) | 04/04/16 | J | | |
| 54.  - Williams Partners Ltd. | D | Dividend | L | T | | | | | |
| 55.  - Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 56.  - Kayne Anderson Energy Return Fund | C | Dividend | L | T | | | | | |
| 57.  - New Germany Fund | C | Dividend | L | T | | | | | |
| 58.  - Eaton Vance LTD Duration Income Fund | B | Dividend | K | T | | | | | |
| 59.  Brker Acct #4 -- SSB Asset Man Fd, JRW Rev Trst | | | | | | | | | |
| 60.  - Citibank Money Market | A | Interest | J | T | | | | | |
| 61.  - ADT Corp. Common Stock | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 62.  - AES Corp. Common Stock | | None | J | T | | | | | |
| 63.  - AMC Networks Common Stock | | None | J | T | | | | | |
| 64.  - Adobe Systems Common Stock | | None | J | T | | | | | |
| 65.  - Aetna Inc. Common Stock | A | Dividend | J | T | | | | | |
| 66.  - Akamai Technologies Common Stock | | None | J | T | | | | | |
| 67.  - Alaska Air Group Common Stock | A | Dividend | J | T | | | | | |
| 68.  - Allergan Common Stock | | None | J | T | Buy (add'l) | 11/15/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Allison Transmission Common Stock | A | Dividend | J | T | | | | | |
| 70. - Alphabet Common Stock (formerly Google) | | None | J | T | | | | | |
| 71. - Anadarko Petroleum Common Stock | A | Dividend | J | T | Buy (add'l) | 01/12/16 | J | | |
| 72. - American Express Common Stock | A | Dividend | J | T | | | | | |
| 73. - American Homes 4 Rent Common Stock | A | Dividend | J | T | Sold (part) | 08/29/16 | J | A | |
| 74. - Ameriprise Common Stock | A | Dividend | J | T | Buy | 02/23/16 | J | | |
| 75. - Anheuser Busch InBev SA Spon. Common Stock | A | Dividend | J | T | | | | | |
| 76. - Apache Corp. Common Stock | A | Dividend | J | T | | | | | |
| 77. - Apple, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 78. - Applied Materials, Inc. Common Stock | A | Dividend | J | T | Sold (part) | 08/22/16 | J | B | |
| 79. - Autodesk, Inc. Delaware Common Stock | | None | J | T | | | | | |
| 80. - Axis Capital Holdings Common Stock | A | Dividend | J | T | | | | | |
| 81. - Biogen Idec Inc. Common Stock | | None | J | T | Buy (add'l) | 12/12/16 | J | | |
| 82. - Blackrock, Inc. Common Stock | A | Dividend | J | T | Sold (part) | 10/10/16 | J | C | |
| 83. - Bristol Myers Squibb Common Stock | A | Dividend | J | T | Buy (add'l) | 12/29/16 | J | | |
| 84. - Broadcom Corp. Common Stock | A | Dividend | J | T | | | | | |
| 85. - Calpine Corp. Common Stock | | None | J | T | Buy (add'l) | 12/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 87. - CME Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 88. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 89. - Cameron Intl. Corp. Common Stock | | None | J | T | | | | | |
| 90. - Carnival CP New Paired Common Stock | A | Dividend | J | T | | | | | |
| 91. - Celgene Corp. Common Stock | | None | J | T | | | | | |
| 92. - Chipotle Common Stock | | None | J | T | Buy | 12/12/16 | J | | |
| 93. - Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |
| 94. - CitiGroup Common Stock | A | Dividend | J | T | | | | | |
| 95. - Citrix Systems, Inc. Common Stock | | None | J | T | Sold (part) | 05/25/16 | J | A | |
| 96. - CME Group Common Stock | A | Dividend | J | T | | | | | |
| 97. - Coach Common Stock | A | Dividend | J | T | | | | | |
| 98. - Coca Cola Inc. Common Stock | A | Dividend | J | T | | | | | |
| 99. - Comcast Corp. CL A Special New Common Stock | A | Dividend | J | T | Sold (part) | 11/16/16 | J | B | |
| 100. - Cree Research Inc. Common Stock | | None | J | T | | | | | |
| 101. - Deere & Co. Common Stock | A | Dividend | J | T | | | | | |
| 102. - Devon Energy Corp. New Common Stock | A | Dividend | J | T | Buy (add'l) | 12/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 11/28/16 | J | A | |
| 104. - Discover Financial Services Common Stock | | None | J | T | | | | | |
| 105. - Discovery Comm. Serv. Common Stock | | None | J | T | | | | | |
| 106. - DuPont de Nemours Common Stock | A | Dividend | J | T | | | | | |
| 107. - Walt Disney Co. Holding Common Stock | A | Dividend | J | T | | | | | |
| 108. - Dolby CL A Common Stock | | None | J | T | | | | | |
| 109. - Eaton Corp. Common Stock | A | Dividend | J | T | | | | | |
| 110. - EBay Inc. Common Stock | | None | J | T | | | | | |
| 111. - Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 112. - Emerson Electric Common Stock | A | Dividend | J | T | | | | | |
| 113. - Ensco PLC Common Stock | A | Dividend | J | T | | | | | |
| 114. - Ericsson LM Tel. ADR CL B New Common Stock | A | Dividend | | | Sold | 06/10/16 | J | A | |
| 115. - Exelon Corp. Common Stock | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 116. - Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 117. - Fluor Corp. New Common Stock | A | Dividend | J | T | | | | | |
| 118. - Facebook Common Stock | | None | J | T | | | | | |
| 119. - FMC Technologies Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - First Republic Bank Common Stock | A | Dividend | J | T | | | | | |
| 121.  - Forest Laboratories Inc. Common Stock | | None | J | T | | | | | |
| 122.  - Franklin Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 123.  - Freeport McMoran Common Stock | A | Dividend | J | T | Buy (add'l) | 09/12/16 | J | | |
| 124.  - GAP, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 125.  - GATX Corp. Common Stock | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 126.  - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 127.  - Gentex Common Stock | A | Dividend | J | T | | | | | |
| 128.  - GlaxoSmithKline PLC ADS Common Stock | A | Dividend | J | T | | | | | |
| 129.  - Greenhill Common Stock | A | Dividend | J | T | | | | | |
| 130.  - Halliburton Co. Common Stock | A | Dividend | J | T | | | | | |
| 131.  - Hess Corp. Common Stock | A | Dividend | | | Sold | 06/23/16 | J | A | |
| 132.  - Home Depot Inc. Common Stock | A | Dividend | J | T | Sold (part) | 01/20/16 | J | C | |
| 133.  - Honeywell Intl. Inc. Common Stock | A | Dividend | J | T | Sold (part) | 04/28/16 | J | B | |
| 134.  - Immunogen Common Stock | | None | J | T | | | | | |
| 135.  - Intuit Inc. Common Stock | A | Dividend | J | T | | | | | |
| 136.  - Invesco Ltd. Common Stock | A | Dividend | J | T | Buy | 07/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Ionis Pharmaceuticals Common Stock | | None | J | T | | | | | |
| 138. - JP Morgan Chase & Co. Common Stock | A | Dividend | | | Sold | 07/13/16 | J | B | |
| 139. - Jacobs Engineering Group Common Stock | | None | J | T | | | | | |
| 140. - Johnson & Johnson Common Stock | A | Dividend | J | T | Buy (add'l) | 12/01/16 | J | | |
| 141. | | | | | Sold (part) | 11/16/16 | J | A | |
| 142. - Jones Lang LaSalle Inc. Common Stock | A | Dividend | J | T | | | | | |
| 143. - KLA Tencor Corp. Common Stock | A | Dividend | J | T | | | | | |
| 144. - Keycorp New Common Stock | A | Dividend | J | T | | | | | |
| 145. - L-3 Communications Holding Inc. Common Stock | A | Dividend | J | T | | | | | |
| 146. - Liberty Media Co. Liberty Cap A Common Stock | | None | J | T | | | | | |
| 147. - Liberty Interactive Co. Inter A Common Stock | | None | J | T | | | | | |
| 148. - Linked-In Common Stock | | None | J | T | | | | | |
| 149. - Medtronic PLC Common Stock | A | Dividend | J | T | | | | | |
| 150. - Merck & Co. Inc. New Common Stock | A | Dividend | J | T | Sold (part) | 10/06/16 | J | B | |
| 151. - Metlife Common Stock | A | Dividend | J | T | Buy | 04/26/16 | J | | |
| 152. - MGIC Investment Corp. Common Stock | | None | J | T | Buy | 08/19/16 | J | | |
| 153. - Microsoft Corp. Common Stock | A | Dividend | J | T | Sold (part) | 11/15/16 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Monsanto Co. New Common Stock | A | Dividend | J | T | | | | | |
| 155. - Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 156. - Murphy USA Common Stock | | None | J | T | | | | | |
| 157. - Mylan Common Stock | | None | J | T | Buy | 12/01/16 | J | | |
| 158. - NASDAQ Inc. Common Stock | A | Dividend | J | T | Sold (part) | 02/03/16 | J | A | |
| 159. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 160. - Newfield Expl. Co. Common Stock | | None | J | T | | | | | |
| 161. - Nike Inc. B Common Stock | A | Dividend | J | T | | | | | |
| 162. - Novartis AG ADR Common Stock | A | Dividend | J | T | | | | | |
| 163. - NOW Inc. Common Stock | | None | J | T | | | | | |
| 164. - Nuance Comm. Common Stock | | None | J | T | | | | | |
| 165. - Nucor Corp. Common Stock | A | Dividend | J | T | Sold (part) | 11/15/16 | J | A | |
| 166. - NXP Semiconductor Common Stock | | None | J | T | Buy | 03/02/16 | J | | |
| 167. - Occidental Petroleum Common Stock | A | Dividend | | | Sold | 08/17/16 | J | A | |
| 168. - OneMain Holdings Common Stock | | None | J | T | Buy (add'l) | 12/29/16 | J | | |
| 169. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 170. - Oracle Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Oshkosh Corp. Common Stock | | None | J | T | | | | | |
| 172. - PayPal Holdings Common Stock | | None | J | T | Sold (part) | 02/08/16 | J | B | |
| 173. - Pebblebrook Hotel Tr. Com. Common Stock | A | Dividend | J | T | Buy (add'l) | 12/29/16 | J | | |
| 174. - Pentair Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 175. - Pier 1 Imports Common Stock | A | Dividend | J | T | | | | | |
| 176. - Precision Castparts Common Stock | A | Dividend | J | T | | | | | |
| 177. - Procter & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 178. - Pulte Group Common Stock | A | Dividend | J | T | | | | | |
| 179. - Raytheon Common Stock | A | Dividend | J | T | Sold (part) | 11/15/16 | J | B | |
| 180. - Realogy Holdings Common Stock | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 181. - Red Hat Common Stock | | None | J | T | | | | | |
| 182. - Regeneron Pharm Common Stock | | None | J | T | | | | | |
| 183. - Regions Finance Corp. Common Stock | A | Dividend | J | T | Sold (part) | 11/15/16 | J | B | |
| 184. - Rockwell Collins Common Stock | A | Dividend | J | T | | | | | |
| 185. - Sandisk Corp. Common Stock | A | Dividend | | | Redeemed | 05/13/16 | J | C | |
| 186. - Service Corp. Intl. Common Stock | A | Dividend | J | T | | | | | |
| 187. - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Charles Schwab New Common Stock | A | Dividend | J | T | | | | | |
| 189. - Stanley Black & Decker Common Stock | A | Dividend | J | T | | | | | |
| 190. - Suncorp Common Stock | A | Dividend | J | T | Buy | 08/23/16 | J | | |
| 191. - Symantic Corp. Common Stock | A | Dividend | J | T | | | | | |
| 192. - Synchrony Fin. Common Stock | | None | J | T | | | | | |
| 193. - Teradyne Common Stock | | None | J | T | | | | | |
| 194. - Teva Pharma Common Stock | A | Dividend | | | Sold | 08/19/16 | J | A | |
| 195. - Texas Instruments Common Stock | A | Dividend | J | T | Sold (part) | 03/01/16 | J | A | |
| 196. - Thermo Fisher Scientific Inc. Common Stock | A | Dividend | J | T | | | | | |
| 197. - Towers Watson Common Stock | A | Dividend | J | T | | | | | |
| 198. - Twenty-First Century Fox Common Stock | A | Dividend | J | T | | | | | |
| 199. - Twitter Common Stock | | None | J | T | Buy (add'l) | 12/29/16 | J | | |
| 200. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 201. - US Bancorp. Com New Common Stock | A | Dividend | | | Sold | 10/14/16 | J | B | |
| 202. - Unilever PLC (New) ADS Common Stock | A | Dividend | J | T | | | | | |
| 203. - United Parcel Service Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 204. - United States Steel Corp. New Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - United Health Group Inc. Common Stock | A | Dividend | | | Sold | 06/20/16 | J | C | |
| 206. - United Rentals Common Stock | | None | J | T | | | | | |
| 207. - Veeco Instr. Inc. Common Stock | | None | J | T | | | | | |
| 208. - Vertex Pharmaceuticals Common Stock | | None | J | T | | | | | |
| 209. - Visa Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 210. - VMWare Common Stock | | None | J | T | | | | | |
| 211. - Vodaphone Group PLC ADS New Common Stock | A | Dividend | J | T | | | | | |
| 212. - W.W. Grainger Common Stock | A | Dividend | J | T | | | | | |
| 213. - Wells Fargo Common Stock | A | Dividend | J | T | Buy | 10/14/16 | J | | |
| 214. - Western Digital Common Stock | A | Dividend | J | T | | | | | |
| 215. - Weyerhauser Co. Common Stock | A | Dividend | J | T | | | | | |
| 216. - Yahoo Common Stock | | None | | | Sold | 10/11/16 | J | A | |
| 217. - Yum Brands Common Stock | A | Dividend | J | T | | | | | |
| 218. - Xilinx Inc. Common Stock | A | Dividend | J | T | | | | | |
| 219. - Zoetis Common Stock | A | Dividend | J | T | | | | | |
| 220. - Covidien PLC New Common Stock | A | Dividend | J | T | | | | | |
| 221. - Seagate Technology PLC Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Allied World Assurance Co. Hldgs Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 223. - Weatherford International Ltd. Common Stock | | None | J | T | Buy (add'l) | 12/29/16 | J | | |
| 224. | | | | | Sold (part) | 11/28/16 | J | A | |
| 225. - TE Connectivity Ltd. New Common Stock | A | Dividend | J | T | | | | | |
| 226. - Tyco International Ltd. New Common Stock | A | Dividend | J | T | | | | | |
| 227. Brker Acct # 5 -- SSB Asset Man Fd, TCW IRA | | | | | | | | | |
| 228. - MS Liquid Asset Fund Money Market | | None | J | T | | | | | |
| 229. - Davis New York Venture Mutual Fund | B | Dividend | N | T | Buy (add'l) | 07/02/16 | K | | |
| 230. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 231. Broker Account #6 -- JRW Pers. Trust | | | | | | | | | |
| 232. - Dominion Resources Common Stock | B | Dividend | L | T | | | | | |
| 233. - Exxon Mobile Common Stock | C | Dividend | M | T | Donated (part) | | | | |
| 234. - Pepsico Common Stock | A | Dividend | K | T | | | | | |
| 235. - PNC Financial Services Common Stock | A | Dividend | K | T | Donated (part) | | | | |
| 236. - Walmart Common Stock | B | Dividend | K | T | | | | | |
| 237. - Puerto Rico Housing Public Serv. Bonds 07/01/16 | B | Interest | | | Redeemed | 07/01/16 | K | A | |
| 238. - Baltimore MD Ser. C Sink Fund 07/01/17 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - MFS Maryland Municipal Bond Fund | B | Interest | K | T | | | | | |
| 240. Broker Account #7 -- IShares Managed Trust | | | | | | | | | |
| 241. - First Trust Exchange Traded Fund II | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 242. - SPDR Barclay's Aggregate Bond | B | Interest | L | T | | | | | |
| 243. - SPDR Barclay's Short Term Corp Bond | A | Interest | L | T | Sold (part) | 03/16/16 | J | A | |
| 244. - IShares Barclay's Aggregate Bond Fund | B | Dividend | L | T | | | | | |
| 245. - IShares Barclay's 1-3 Yr. CD Bond Fund | A | Dividend | L | T | | | | | |
| 246. - IShares Dow Jones US Consumer Services Index Fund | A | Dividend | K | T | | | | | |
| 247. - IShares Dow Jones Real Estate Index Fund | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 248. - IShares Dow Jones Technology Sector Index Fund | A | Dividend | L | T | | | | | |
| 249. - IShares Dow Jones US Consumer Goods Index Fund | B | Dividend | L | T | Sold (part) | 03/16/16 | J | A | |
| 250. - IShares Dow Jones US Health Care Sector Index Fund | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 251. - IShares Dow Jones US Energy Sector Index Fund | A | Dividend | L | T | Buy (add'l) | 03/16/16 | J | | |
| 252. - Guggenheim Enhanced Short Duration Bond | A | Interest | L | T | Sold (part) | 03/16/16 | J | A | |
| 253. - Guggenheim Bulletshares 2017 High Yield Corp Bond | A | Interest | K | T | | | | | |
| 254. - Vanguard Bond Index Fund | B | Interest | K | T | | | | | |
| 255. Broker Account # 8 -- TCW/JRW Joint RMA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Puerto Rico Elec. Power Auth Bonds 007/01/17 | | None | | | Redeemed | 07/01/16 | J | A | |
| 257. - Blackrock Munivest Fund II | B | Interest | K | T | | | | | |
| 258. - Blackrock Munivest Fund | B | Interest | K | T | | | | | |
| 259. - Nuveen Select Tax Free Income Port 3 | B | Interest | K | T | | | | | |
| 260. - Dreyfus State Mun Bond Fd Maryland Ser Class C | B | Interest | K | T | | | | | |
| 261. Brker Acct # 9 -- IShares Man JRW Rev. Trust | | | | | | | | | |
| 262. - First Trust Exchange Traded Fund II | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 263. - IShares Barclay's Aggregate Bond Fund | B | Dividend | L | T | | | | | |
| 264. - SPDR Barclay's Aggregate Bond Fund | B | Interest | L | T | | | | | |
| 265. - SPDR Barclay's Short Term Corp Bond Fund | A | Interest | L | T | Sold (part) | 03/16/16 | J | A | |
| 266. - IShares Barclay's 1-3 Yr. CD Bond Fund | B | Dividend | L | T | | | | | |
| 267. - IShares Dow Jones US Consumer Services Index Fund | A | Dividend | K | T | | | | | |
| 268. - IShares Dow Jones US Real Estate Index Fund | B | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 269. - IShares Dow Jones Technology Sector Index Fund | A | Dividend | L | T | | | | | |
| 270. - IShares Dow Jones US Consumer Goods Index Fund | B | Dividend | L | T | Sold (part) | 03/16/16 | J | A | |
| 271. - IShares Dow Jones US Health Care Sector Index Fund | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |
| 272. - IShares Dow Jones US Energy Sector Index Fund | A | Dividend | K | T | Buy (add'l) | 03/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Guggenheim Bulletshares 2017 High Yield Corp Bond | B | Interest | K | T | | | | | |
| 274. - Guggenheim Enhanced Short Duration Bond | A | Interest | L | T | Sold (part) | 03/16/16 | J | A | |
| 275. - Vanguard Bond Index Fund | B | Interest | L | T | | | | | |
| 276. Broker Account # 10 -- TCW Rev. Trust | | | | | | | | | |
| 277. - American Capital Limited Common Stock | | None | L | T | | | | | |
| 278. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | | | | | |
| 279. - Ford Motor Co. Common Stock | B | Dividend | K | T | | | | | |
| 280. - Macy's Common Stock | B | Dividend | K | T | | | | | |
| 281. - Schlumberger Ltd. Common Stock | B | Dividend | K | T | | | | | |
| 282. - ING Clarion Global Real Estate Fund | C | Interest | K | T | | | | | |
| 283. - Clearbridge Energy MLP Fd | B | Dividend | K | T | | | | | |
| 284. - Kayne Anderson Energy Fund | C | Dividend | K | T | | | | | |
| 285. - ACAP Strategic Fund Shares Mutual Fund | | None | L | T | | | | | |
| 286. - Legg Mason Western Asset Mun. Class C | B | Dividend | | | Sold | 08/31/16 | L | C | |
| 287. - Principal Investment Fund | B | Dividend | K | T | | | | | |
| 288. Broker Account # 11 -- EJW IRA (See Part VIII) | | | | | | | | | |
| 289. - Tortoise MLP Fund (See Part VIII) | B | Dividend | | | Sold | 10/02/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Best Buy Common Stock (See Part VIII) | A | Dividend | | | Sold | 11/30/15 | K | A | |
| 291. - Chesapeake Energy Corp. Common Stock (See Part VIII) | A | Dividend | | | Sold | 11/30/15 | K | A | |
| 292. - Schlumberger Ltd. Common Stock (See Part VIII) | A | Dividend | J | T | | | | | |
| 293. Broker Account # 12 -- EJW IRA Trust (See Part VIII) | | | | | | | | | |
| 294. - United Health Group Common Stock (See Part VIII) | A | Dividend | K | T | | | | | |
| 295. - Calamos Strategy Fund (See Part VIII) | B | Dividend | K | T | | | | | |
| 296. - Hartford Floating Rate Fund (See Part VIII) | B | Dividend | K | T | | | | | |
| 297. - Pimco Commodity Real Return Strategy Fund (See Part VIII) | A | Dividend | K | T | | | | | |
| 298. - Putnam Diversified Income Trust Fund, Class C (See Part VIII) | B | Dividend | | | Sold | 12/02/15 | K | A | |
| 299. Broker Account # 13 -- HKW IRA Trust | | | | | | | | | |
| 300. - Bank of America Common Stock | A | Dividend | K | T | | | | | |
| 301. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | | | | | |
| 302. - Exxon Mobile Common Stock | B | Dividend | L | T | | | | | |
| 303. - Ford Motor Co. Common Stock | A | Dividend | K | T | | | | | |
| 304. - Freeport McMoran Common Stock | B | Dividend | K | T | | | | | |
| 305. - U.S. Steel Common Stock | A | Dividend | J | T | | | | | |
| 306. - Whole Foods Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Principal Inv. Pref. Sec. Mut. Fund | A | Dividend | J | T | | | | | |
| 308. Brker Acct #14--For HKW IRA Man Acct | | | | | | | | | |
| 309. - Alger Small Cap Growth Inst. | | None | K | T | Sold (part) | 04/22/16 | J | B | |
| 310. - Artisan Midcap Value Inv. | A | Dividend | K | T | Sold (part) | 02/18/16 | J | A | |
| 311. - Blackrock Equity Dividend I | A | Dividend | L | T | Sold (part) | 07/15/16 | J | A | |
| 312. - Columbia Select Large Cap Growth | | None | L | T | Buy (add'l) | 12/16/16 | J | | |
| 313. - Oppenheimer Int' Growth | A | Dividend | L | T | Sold (part) | 04/22/16 | J | B | |
| 314. - Prudential Jennison MD Cap. | | None | K | T | Sold (part) | 04/22/16 | J | A | |
| 315. - Royce Premier Inv. | A | Dividend | K | T | Sold (part) | 02/18/16 | J | A | |
| 316. - SPDR Barclay's High Yield Bond Fd. | A | Dividend | J | T | Buy | 07/15/16 | J | | |
| 317. - Wells Fargo Emerg. Mkts. | A | Dividend | J | T | Buy (add'l) | 07/15/16 | J | | |
| 318. - IShares Barclays 1-3 Yr Trs Bd | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 319. - IShares Core U.S. Aggregate Fd | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 320. - IShares MSCI Japan ETF | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 321. - IShares TIPS Bond ETF | A | Dividend | J | T | Buy | 07/15/16 | J | | |
| 322. Broker Account #15 --HKW IRA Managed Account | | | | | | | | | |
| 323. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - Alger Small Cap Growth Inst. | | None | J | T | Sold (part) | 04/22/16 | J | A | |
| 325.  - Artisan Midcap Value Inv, | A | Dividend | J | T | Sold (part) | 04/22/16 | J | A | |
| 326.  - Blackrock Equity Dividend | B | Dividend | L | T | Sold (part) | 02/18/16 | J | B | |
| 327.  - Columbia Select Large Cap Growth | | None | M | T | Buy (add'l) | 12/13/16 | J | | |
| 328.  - Oppenheimer Int'l Growth | B | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |
| 329.  - Prudential Jennison MD Cap. | | None | J | T | Buy (add'l) | 07/15/16 | J | | |
| 330.  - Royce Premier Inv. | A | Dividend | J | T | Buy (add'l) | 07/15/16 | J | | |
| 331.  - Virtus Insight Emerg. Mkts. | A | Dividend | K | T | Buy (add'l) | 07/15/16 | J | | |
| 332.  - Wells Fargo Emerg. Mkts. | A | Dividend | K | T | Buy (add'l) | 07/15/16 | J | | |
| 333.  - IShares Barclays 1-3 Yr TSY Bd | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 334.  -IShares Core U.S. Aggregate Fd | A | Dividend | J | T | Buy | 04/22/16 | J | | |
| 335.  - IShares MSCI Japan ETF | A | Dividend | J | T | Buy | 01/22/16 | J | | |
| 336.  - IShares TIPS Bond ETF | A | Dividend | J | T | Buy | 07/15/16 | J | | |
| 337.  - SPDR BBG Barclays High Yield Bd | A | Dividend | J | T | Buy | 07/15/16 | J | | |
| 338.  Broker Account #16 -- TCW Trust | | | | | | | | | |
| 339.  - Alcoa Corp. Common Stock | | None | J | T | Buy | 09/01/16 | J | | |
| 340.  - Arconic Inc. Common Stock | A | Dividend | K | T | Buy | 09/01/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Blackstone Group Common Stock | C | Dividend | L | T | Buy (add'l) | 05/10/16 | J | | |
| 342. - Carnival CP Common Stock | A | Dividend | K | T | Buy | 08/31/16 | K | | |
| 343. - CVS Caremark Common Stock | C | Dividend | M | T | | | | | |
| 344. - Celgene Common Stock | | None | M | T | | | | | |
| 345. - Crown Castle Int'l Common Stock | C | Dividend | | | Sold | 06/30/16 | M | E | |
| 346. - EMC Corp. Mass. Common Stock | B | Dividend | | | Sold | 09/01/16 | L | D | |
| 347. - Enterprise Products Partners LP | D | Dividend | L | T | Buy (add'l) | 01/11/16 | J | | |
| 348. - General Electric Common Stock | A | Dividend | K | T | | | | | |
| 349. - General Motors Common Stock | B | Dividend | L | T | | | | | |
| 350. - Lamar Advertising Common Stock | C | Dividend | | | Sold | 04/04/16 | K | D | |
| 351. - Merck Common Stock | B | Dividend | L | T | | | | | |
| 352. - Murphy Oil Common Stock | A | Dividend | J | T | | | | | |
| 353. - Starbuck's Corp. Common Stock | A | Dividend | L | T | Buy | 09/01/16 | L | | |
| 354. - Starwood Hotels Common Stock | A | Dividend | | | Sold | 03/14/16 | K | A | |
| 355. - United Health Group Common Stock | B | Dividend | L | T | | | | | |
| 356. - WPX Energy Common Stock | | None | K | T | | | | | |
| 357. - Yum Brands Common Stock | A | Dividend | | | Sold | 08/31/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Calamos Strg Title Return Fd | D | Dividend | K | T | Buy (add'l) | 04/04/16 | K | | |
| 359. - Deutsch X-Trackers MSCI Euro Fd | B | Dividend | K | T | | | | | |
| 360. - First Tr MLP & Eng Fund (FEI) | E | Dividend | M | T | | | | | |
| 361. - Nuveen NFM MTP Preferred | B | Dividend | K | T | | | | | |
| 362. - Nuveen MD Dividend Muni Fund | A | Dividend | K | T | | | | | |
| 363. - Hartford Floating Rate Fund | B | Dividend | L | T | | | | | |
| 364. - Putnam Growth & Inc. C | A | Dividend | L | T | | | | | |
| 365. - Legg Mason WA SHT Muni Fund | B | Dividend | L | T | | | | | |
| 366. - Legg Mason Western Asset Muni Fund | B | Dividend | L | T | | | | | |
| 367. - IShares NASDAQ Biotech ETF | A | Dividend | L | T | Buy | 04/04/16 | L | | |
| 368. Broker Account #17--Small Cap Man. Trust | | | | | | | | | |
| 369. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 370. - Alger Small Cap Growth Inst. | | None | J | T | Buy (add'l) | 12/29/16 | J | | |
| 371. - American Century Int. TRM TX FR BD Inv. | B | Dividend | K | T | | | | | |
| 372. - American Century Intl. Bond Inv. | A | Dividend | J | T | | | | | |
| 373. - Artisan Midcap Value Inv. | A | Dividend | | | Sold | 03/15/16 | J | A | |
| 374. - Baron Small Cap Retail | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. - Columbia Select Large Cap Growth Fd | | None | K | T | Buy | 02/23/16 | K | | |
| 376. - Columbia Marsico Growth Z | | None | K | T | | | | | |
| 377. - Columbia Marsico Intl Opp. Z | | None | | | Sold | 03/15/16 | K | A | |
| 378. - Davis New York Venture Y | A | Dividend | K | T | Buy (add'l) | 12/29/16 | J | | |
| 379. - Federated Strategy Val Div Inst Fd | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 380. - Franklin Fed Intm Trm Txfr Adv | A | Dividend | K | T | Buy (add'l) | 12/29/16 | K | | |
| 381. - Nationwide Geneva Mdcp Gw Fund | | None | J | T | | | | | |
| 382. - American Europacific Growth F1 | A | Dividend | K | T | Buy (add'l) | 01/22/16 | J | | |
| 383. - Goldman Sachs Growth Opp. 1 | | None | J | T | | | | | |
| 384. - American Growth Fund of America F1 | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 385. - Invesco American Value Y | | None | J | T | Buy | 03/15/16 | J | | |
| 386. - JP Morgan Emerging Markets Sel | A | Dividend | J | T | | | | | |
| 387. - JP Morgan Mid Cap Value S | A | Dividend | J | T | Buy | 03/15/16 | J | | |
| 388. - Lazard Emerging Markets 1 | A | Dividend | J | T | | | | | |
| 389. - Legg Mason WA Interim Muni Inst. | B | Dividend | K | T | Buy (add'l) | 12/29/16 | K | | |
| 390. - Mainstay ICAP Select Equity 1 | A | Dividend | | | Sold | 08/25/16 | J | A | |
| 391. - Oppenheimer Intl Growth Y | A | Dividend | K | T | Buy | 12/29/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. - PIMCO Emerging Local BD P | A | Dividend | K | T | Buy (add'l) | 02/24/16 | J | | |
| 393. - SPDR Nuveen BBG Short-Term | A | Dividend | L | T | Buy | 02/24/16 | J | | |
| 394. - T Rowe Price High Yield | A | Dividend | J | T | Buy (add'l) | 04/06/16 | J | | |
| 395. - T Rowe Price Mid-Cap Growth | | None | J | T | | | | | |
| 396. - Templeton Int'l Bond Fund | A | Dividend | J | T | Sold (part) | 04/06/16 | J | A | |
| 397. - Royce Micro-cap Inv. | A | Dividend | J | T | | | | | |
| 398. - Royce Total Return Inv. | A | Dividend | J | T | | | | | |
| 399. - Templeton Global Bond Fd Adv | A | Dividend | J | T | | | | | |
| 400. - CRM Mid-cap Value Instl. | A | Dividend | | | Sold | 03/15/16 | J | A | |
| 401. - Wells Fargo High Income Inv. | A | Dividend | J | T | Buy (add'l) | 04/06/16 | J | | |
| 402. Broker Account #18 -- HKW/TCW Annuities | | | | | | | | | |
| 403. - Tactical Diversified Futures Fund LP | | None | K | T | | | | | |
| 404. - Sun Life of Canada Annuity | | None | M | T | | | | | |
| 405. - Nationwide Life & Annuity | | None | M | T | | | | | |
| 406. - Skybridge Multi-Advisor Hedge Fund | | None | L | T | | | | | |
| 407. Broker Account #19 -- US Bank EL Trust | | | | | | | | | |
| 408. - First American Prime Obligation Fund | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.   - IShares Iboxx H Y Corp Bond | A | Dividend | J | T | | | | | |
| 410.   - Abbvie Common Stock | A | Dividend | J | T | | | | | |
| 411.   - Align Technology Common Stock | | None | J | T | Buy | 06/16/16 | J | | |
| 412.   - Allergan Inc. Common Stock | A | Dividend | | | Sold | 06/16/16 | J | A | |
| 413.   - American Tower Common Stock | A | Dividend | J | T | | | | | |
| 414.   - Amgen Common Stock | A | Dividend | J | T | | | | | |
| 415.   - Anadarko Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 416.   - Apple Inc. Common Stock | A | Dividend | J | T | | | | | |
| 417.   - AQR Long/Short Equity Fd | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 418.   - AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 419.   - Cincinnati Financial. Corp. Common Stock | A | Dividend | J | T | | | | | |
| 420.   - Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 421.   - CME Group Common Stock | A | Dividend | J | T | | | | | |
| 422.   - Computer Sciences Corp. Common Stock | A | Dividend | J | T | | | | | |
| 423.   - Covidien Common Stock | A | Dividend | J | T | | | | | |
| 424.   - CVS Caremark Common Stock | A | Dividend | J | T | | | | | |
| 425.   - Walt Disney Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Dollar Tree Inc. Common Stock | | None | J | T | Buy | 09/29/16 | J | | |
| 427. - EOG Resources Common Stock | A | Dividend | J | T | | | | | |
| 428. - Ecolab Inc. Common Stock | A | Dividend | J | T | | | | | |
| 429. - Electronic Arts Common Stock | | None | J | T | | | | | |
| 430. - Emerson Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 431. - Express Scripts Common Stock | | None | J | T | | | | | |
| 432. - Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 433. - Facebook Common Stock | | None | J | T | | | | | |
| 434. - Gilead Sciences Common Stock | | None | J | T | | | | | |
| 435. - Glenmeade Sm Cap Equity Fund | A | Dividend | J | T | | | | | |
| 436. - Goldman Sachs Common Stock | A | Dividend | J | T | | | | | |
| 437. - Alphabet Common Stock (formerly Google Inc.) | | None | J | T | | | | | |
| 438. - Intuit Common Stock | A | Dividend | J | T | | | | | |
| 439. - Invesco Common Stock | A | Dividend | J | T | | | | | |
| 440. - JP Morgan Chase Co. Common Stock | A | Dividend | J | T | | | | | |
| 441. - Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 442. - Lincoln Nat'l Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - Lowe's Common Stock | A | Dividend | J | T | | | | | |
| 444. - McDonald's Corp. Common Stock | A | Dividend | J | T | | | | | |
| 445. - McKesson Corp. Common Stock | A | Dividend | J | T | | | | | |
| 446. - Medco Health Solutions Inc. Common Stock | | None | J | T | | | | | |
| 447. - Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 448. - Mohawk Indus. Common Stock | A | Dividend | J | T | | | | | |
| 449. - Morgan Dempsey Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 450. - Nextera Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 451. - Philip Morris Intl. Common Stock | A | Dividend | J | T | | | | | |
| 452. -- Pioneer Natural Resources Common Stock | A | Dividend | J | T | | | | | |
| 453. - Polaris Ind. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 454. - Praxair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 455. - Priceline Com. Inc. Common Stock | | None | J | T | | | | | |
| 456. - Procter & Gamble Inc. Common Stock | A | Dividend | J | T | | | | | |
| 457. - Prudential Financial Inc. Common Stock | A | Dividend | J | T | | | | | |
| 458. - Robeco Boston Partners Long/Short Fd | | None | J | T | Buy | 04/20/16 | J | | |
| 459. - Southwest Airlines Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Thermo Fisher Scientific Inc. Common Stock | | None | J | T | Sold (part) | 06/16/16 | J | A | |
| 461. - United Health Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 462. - Visa Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 463. - WFA Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 464. - Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 465. - Wyndham Worldwide Common Stock | A | Dividend | | | Sold | 09/29/16 | J | A | |
| 466. - 3M Co. Common Stock | A | Dividend | J | T | | | | | |
| 467. - Accenture PLC Cl A Common Stock | A | Dividend | J | T | | | | | |
| 468. - Ace Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 469. - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 470. - SPDR DJ Wilshire Int'l Common Stock | A | Dividend | J | T | | | | | |
| 471. - American Funds Europacific Growth Fd | A | Dividend | K | T | | | | | |
| 472. - Baron Emerging Mkts. Fd. | A | Dividend | J | T | | | | | |
| 473. - Calvert High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 474. - Causeway Emerging Mkts Fund | A | Dividend | J | T | | | | | |
| 475. - Dreihaus Select Credit Fund | A | Dividend | J | T | | | | | |
| 476. - Highland Long Short Equity Z | A | Dividend | | | Sold | 04/20/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 34

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

08/14/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Invesco Bal Risk Commodity Fd | | None | J | T | | | | | |
| 478. - IPath Dow Jones UBS Commodity | | None | J | T | | | | | |
| 479. - IShares JP Morgan Emerg. Mkts. Fd | A | Dividend | J | T | | | | | |
| 480. - Loomis Sayles ABS Strat Y | A | Dividend | J | T | | | | | |
| 481. - Mainstay Floating Rate Fund | A | Dividend | J | T | | | | | |
| 482. - Principal Global Real Estate Sec. Fd | A | Dividend | J | T | | | | | |
| 483. -- TCW Emerging Market Income Fund | A | Dividend | J | T | | | | | |
| 484. - Nuveen Inter. Mun. Fund | A | Dividend | J | T | | | | | |
| 485. - Nuveen Real Estate Security Class I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 3, Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

In my 2015 Financial Disclosure Report, I neglected to report that Broker Account #11 (lines 291-294) and Broker Account #12 (lines 296-300) were closed effective March 6, 2015. These accounts represented inherited IRA accounts of my deceased parents, and a full distribution was required in 2015. The assets in Broker Account #11 were transferred to Broker Account #10 on March 6, 2015. The Chesapeake Energy common stock (line 293) was sold on August 7, 2015. The Tortoise MLP Fund (line 291) was sold on October 2, 2015. The Best Buy common stock (line 292) was sold on November 30, 2015. The Schlumberger common stock (line 294) is still in Broker Account #10 (line 283). The assets in Broker Account #12 were transferred to Broker Account #16 on March 6, 2015. The Pimco mutual fund (line 299) was sold on December 1, 2015. The Putnam Fund (line 300) was sold on December 2, 2015. The United Health common stock (line 296), the Calamos Strategy Fund (line 297), and the Hartford Floating Rate Fund (line 298) are still in Broker Account #16 (lines 357, 360, and 365 respectively). The details of the 2015 transactions are shown on lines 291, 292, 293, and 300 respectively.

| | |
|---|---|
| Wheeler, Thomas C. | 08/14/2017 |

# FINANCIAL DISCLOSURE REPORT

Page 34 of 34

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

08/14/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Wheeler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544